UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
ENOCH MAYFIELDS,                   )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 14-327 S
                                   )
FAIR ISAAC CORPORATION;            )
TRANS UNION; EQUIFAX; and          )
EXPERIAN,                          )
                                   )
        Defendants.                )
_____)

**ORDER**

No Objection has been filed to United States Magistrate Judge Lincoln D. Almond's Report and Recommendation in the above-captioned matter dated December 22, 2014 (ECF No. 16). Because this Court agrees with Judge Almond's analysis, the Report and Recommendation is hereby adopted pursuant to Title 28 U.S.C. § 636(b)(1). Accordingly, the Motions for Judgment on the Pleadings filed by Defendant Equifax (ECF No. 6) and by Defendant Trans Union (ECF No. 14) are granted, Plaintiff's claims against these Defendants are dismissed, and Plaintiff's claims against Defendants Fair Isaac Corporation and Experian are dismissed without prejudice.

IT IS SO ORDERED.

/s/ W. E. Smith
_____
William E. Smith
Chief Judge
Date: February 10, 2015